**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:18-cv-02074-WYD-STV

MASTERPIECE CAKESHOP INCORPORATED,
a Colorado corporation; and
JACK PHILLIPS,

    *Plaintiffs*,

v.

AUBREY ELENIS, Director of the Colorado Civil Rights Division, in her official and individual capacities;
ANTHONY ARAGON, as member of the Colorado Civil Rights Commission, in his official capacity;
MIGUEL "MICHAEL" RENE ELIAS, as member of the Colorado Civil Rights Commission, in his official capacity;
CAROL FABRIZIO, as member of the Colorado Civil Rights Commission, in her official capacity;
CHARLES GARCIA, as member of the Colorado Civil Rights Commission, in his official capacity;
RITA LEWIS, as member of the Colorado Civil Rights Commission, in her official capacity;
JESSICA POCOCK, as member of the Colorado Civil Rights Commission, in her official capacity;
CYNTHIA H. COFFMAN, Colorado Attorney General, in her official capacity; and
JOHN HICKENLOOPER, Colorado Governor, in his official capacity,

    *Defendants*.

---

## ENTRY OF APPEARANCE OF COUNSEL

---

    TO:    Clerk of the Court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as co-counsel for:

Masterpiece Cakeshop Incorporated

Jack Phillips

DATED at Scottsdale, Arizona this 15th day of August, 2018.

*s/ Kristen K. Waggoner*
Kristen K. Waggoner (Arizona Bar No. 032382)
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
(480) 444-0028 (facsimile)
kwaggoner@ADFlegal.org

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2018, the foregoing notice was filed with the Clerk of Court using the CM/ECF system. The notice will be served along with the Complaint and Summons via process server to all defendants.

*s/ Kristen K. Waggoner*
Kristen K. Waggoner (Arizona Bar No. 032382)
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
(480) 444-0028 (facsimile)
kwaggoner@ADFlegal.org

2