AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* COLORADO GOVERNOR JOHN HICKENLOOPER
was received by me on *(date)* 8/15/2018 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* BENITA GREER , who is
designated by law to accept service of process on behalf of *(name of organization)* COLORADO
ATTORNEY'S OFFICE on *(date)* 8/22/2018 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ — for travel and $ 55 for services, for a total of $ 55 .

I declare under penalty of perjury that this information is true.

Date: 8/24/2018

Michael Sharrock
Server's signature

MICHAEL SHARROCK - Private Process Server
Printed name and title

999 18th St., Ste 3000, Denver, Co
Server's address

Additional information regarding attempted service, etc: