# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-02074-WYD-STV

MASTERPIECE CAKESHOP INCORPORATED, a Colorado corporation; and
JACK PHILLIPS,

    *Plaintiffs*,

v.

AUBREY ELENIS, Director of the Colorado Civil Rights Division, in her official capacity;
ANTHONY ARAGON, as member of the Colorado Civil Rights Commission, in his official capacity;
MIGUEL "MICHAEL" RENE ELIAS, as member of the Colorado Civil Rights Commission, in his official capacity;
CAROL FABRIZIO, as member of the Colorado Civil Rights Commission, in her official capacity;
CHARLES GARCIA, as member of the Colorado Civil Rights Commission, in his official capacity;
RITA LEWIS, as member of the Colorado Civil Rights Commission, in her official capacity;
JESSICA POCOCK, as member of the Colorado Civil Rights Commission, in her official capacity;
AJAY MENON, as member of the Colorado Civil Rights Commission, in his official capacity; and
PHIL WEISER, Colorado Attorney General, in his official capacity,

    *Defendants*.

## PARTIES' JOINT REPORT CONCERNING PROPOSED DATES FOR FILINGS AND AN EVIDENTIARY HEARING IN CONNECTION WITH PLAINTIFFS' AMENDED MOTION FOR PRELIMINARY INJUNCTION

The parties submit this joint report in response to the Court's minute order instructing them to indicate by January 11, 2019, a set of proposed "dates for the filing of an amended motion for preliminary injunction, response to the amended motion for preliminary injunction, reply to the motion for preliminary injunction, dates for a possible evidentiary hearing on the motion for preliminary injunction, and time necessary for the hearing." Minute Entry, Doc. 90.

Plaintiffs proposed the following schedule to Defendants: (1) Plaintiffs file their amended motion for preliminary injunction by January 18, 2019; (2) Defendants file their response to that motion by February 1, 2019; (3) Plaintiffs file their reply by February 8, 2019; and (4) an evidentiary hearing on that motion, which the parties expect to last no longer than two days, be set for the week of February 25, 2019.

In response, Defendants proposed the following schedule: (1) Plaintiffs file their renewed motion for preliminary injunction by January 18, 2019, (2) Defendants file their response to that motion by February 8, 2019, (3) Plaintiffs file their reply by February 15, 2019, and (4) an evidentiary hearing on that motion, which is not expected to last longer than two days, be set for the week of March 11, 2019.

Plaintiffs will agree to Defendants' timeline (with the one change discussed below) if the parties are allowed to conduct discovery before the hearing on the motion for preliminary injunction. Plaintiffs have requested that the parties be allowed to conduct discovery before that hearing. *See* Joint Proposed Scheduling Order at 8-9, 12, Doc. No. 95; Transcript of Dec. 18, 2018 Hearing at 75 & 91 (Ex. A) (contemplating that the parties might conduct expedited discovery). In response, Defendants say that general discovery (*i.e.*, not expedited discovery related only to Plaintiffs' narrowed request for preliminary relief) should not begin until after the preliminary-injunction hearing. *See* Joint Proposed Scheduling Order at 9, 13, Doc. No. 95.

Defendants further say that the parties should be allowed to conduct limited expedited discovery related solely to Plaintiffs' narrowed request for preliminary relief, provided that each files a motion disclosing in detail what limited discovery they would like to obtain and the reasons why such discovery is legally permissible given the prosecutorial and adjudicative roles of the Defendants. The parties will discuss these discovery issues with the Magistrate Judge at the scheduling conference on January 15, 2019. If the parties are allowed to engage in discovery, whether general or limited expedited, before the preliminary-injunction hearing, Plaintiffs agree that it makes sense to push back that hearing until the week of March 11. But if they are not, Plaintiffs object to delaying the hearing until then.

The change that Plaintiffs request to Defendants' proposed timeline is that Plaintiffs' due date for their reply brief be changed from February 15, 2019, to February 22, 2019. Defendants' proposal gives themselves the full three weeks allotted under the local rules to respond to Plaintiffs' motion, but it gives Plaintiffs only half the allotted two weeks for their reply. That is unnecessary given Defendants' request that the hearing not occur until the week of March 11. If Plaintiffs file their reply brief by February 22, 2019, the Court would still have the desired "two-week hiatus or gap between when the briefing is finished and when we have the evidentiary hearing." Transcript of Dec. 18, 2018 Hearing at 90-91 (Ex. A).

Defendants agree to February 22, 2019 as Plaintiffs' due date for their reply brief provided that the parties' briefs on the amended preliminary injunction motion are limited to legal argument only and do not reference or attach any factual information or documents obtained during the limited expedited discovery window. This is consistent with the Court's direction that the hearing on Plaintiffs' amended motion for preliminary injunction be an evidentiary one and its express rejection of the parties' ability to proffer only affidavits or

declarations in support of or opposition to Plaintiffs' narrowed request for preliminary relief. Transcript of Dec. 18, 2018 Hearing at 81-82 (Ex. A); Minute Entry, Doc. 90. If the Court permits limited expedited discovery, Defendants propose that the window for conducting such discovery be set as follows: limited expedited discovery related only to Plaintiffs' narrowed request for preliminary relief opens on January 19, 2019, and closes on February 22, 2019.

Plaintiffs do not agree to forfeit their right to reference any information or attach any document that they possess now or in the future in support of their amended motion for preliminary injunction or any associated briefing. And in response to Defendants' proposed discovery window, Plaintiffs propose that general discovery should open January 16, 2019—the day after the scheduling conference—and that the parties be allowed to simultaneously pursue limited expedited discovery before the hearing on the amended motion for preliminary injunction. *See* Joint Proposed Scheduling Order at 8-9, 12, Doc. No. 95. Plaintiffs also do not agree to Defendants' request that Plaintiffs be required to file a motion to obtain discovery, which is part of the parties' dispute regarding the scope, timeline, and procedure related to any limited expedited discovery—a dispute set forth in the parties' Joint Proposed Scheduling Order (Doc. No. 95) and which they anticipate discussing during the upcoming scheduling conference before the Magistrate Judge.

Respectfully submitted this 11th day of January, 2019.

*Attorneys for Defendants*                              *Attorneys for Plaintiffs*

s/ *Grant T. Sullivan*                                          s/ *James A. Campbell*
LeeAnn Morrill                                                    James A. Campbell (Arizona Bar No. 026737)
First Assistant Attorney General                       Roger G. Brooks (North Carolina Bar No. 16317)
Public Officials Unit                                            Jacob P. Warner (Arizona Bar No. 033894)
State Services Section                                       ALLIANCE DEFENDING FREEDOM
1300 Broadway, 6th Floor                                15100 N. 90th Street
Denver, Colorado 80203                                   Scottsdale, AZ 85260

4

Telephone: (720) 508-6159
Facsimile: (720) 508-6041
leeann.morrill@coag.gov

Grant T. Sullivan
Assistant Solicitor General
Public Officials Unit
State Services Section
1300 Broadway, 6th Floor
Denver, Colorado 80203
Telephone: (720) 508-6349
Facsimile: (720) 508-6041
grant.sullivan@coag.gov

Vincent E. Morscher
Senior Assistant Attorney General
Civil Litigation and Employment Law Section
1300 Broadway, 10th Floor
Denver, Colorado 80203
Telephone: (720) 508-6588
Facsimile: (720) 508-6032
vincent.morscher@coag.gov

Jacquelynn Rich Fredericks
Senior Assistant Attorney General
Higher Education Unit
State Services Section
1300 Broadway, 6th Floor
Denver, Colorado 80203
Telephone: (720) 508-6603
Facsimile: (720) 508-6041
jacquelynn.richfredericks@coag.gov

(480) 444-0020
(480) 444-0028 (facsimile)
jcampbell@ADFlegal.org
rbrooks@ADFlegal.org
jwarner@ADFlegal.org

Nicolle H. Martin (Colorado Bar No. 28737)
7175 West Jefferson Avenue, Suite 4000
Lakewood, CO 80235
(303) 332-4547
(303) 425-3201 (facsimile)
nicollem@comcast.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2019, the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| LeeAnn Morrill<br>First Assistant Attorney General<br>Public Officials Unit<br>State Services Section<br>1300 Broadway, 6th Floor<br>Denver, Colorado 80203<br>Telephone: (720) 508-6159<br>Facsimile: (720) 508-6041<br>leeann.morrill@coag.gov | Vincent E. Morscher<br>Senior Assistant Attorney General<br>Civil Litigation and Employment Law Section<br>1300 Broadway, 10th Floor<br>Denver, Colorado 80203<br>Telephone: (720) 508-6588<br>Facsimile: (720) 508-6032<br>vincent.morscher@coag.gov |
| Grant T. Sullivan<br>Assistant Solicitor General<br>Public Officials Unit<br>State Services Section<br>1300 Broadway, 6th Floor<br>Denver, Colorado 80203<br>Telephone: (720) 508-6349<br>Facsimile: (720) 508-6041<br>grant.sullivan@coag.gov | Jacquelynn Rich Fredericks<br>Senior Assistant Attorney General<br>Higher Education Unit<br>State Services Section<br>1300 Broadway, 6th Floor<br>Denver, Colorado 80203<br>Telephone: (720) 508-6603<br>Facsimile: (720) 508-6041<br>jacquelynn.richfredericks@coag.gov |

*Attorneys for Defendants*

*s/ James A. Campbell*
James A. Campbell