IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-02074-WYD-STV

MASTERPIECE CAKESHOP INCORPORATED, a Colorado corporation, *et al.*,
    Plaintiffs,
v.

AUBREY ELENIS, Director of the Colorado Civil Rights Division, in her official capacity, *et al.*,
    Defendants.

## JOINT STIPULATED NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)

The Parties, through their respective Counsel, hereby submit the following Joint Stipulated Notice of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii):

On March 5, 2019, the Colorado Civil Rights Commission unanimously entered an order dismissing with prejudice the administrative proceeding *Scardina v. Masterpiece Cakeshop*, Case No. CR 2018-0012, Charge No. CP2018011310. In light of that action by the Commission, Plaintiffs have agreed to dismiss this case. This dismissal resolves the issues between the Parties to this litigation as set forth in Plaintiffs' First Amended Verified Complaint. Doc. 51. In light of this joint stipulated dismissal, which is with prejudice as to all claims arising out of or relating to *Scardina v. Masterpiece Cakeshop*, the Parties respectfully request that the Court vacate all remaining deadlines, including the preliminary injunction hearing presently set for March 14-15, 2019, and close this case. Each Party will bear its, her, or his own costs and attorney fees.

2

Respectfully submitted this 5th day of March, 2019.

|  |  |
|---|---|
| s/ James A. Campbell<br>James A. Campbell*<br>Jonathan A. Scruggs*<br>Jacob P. Warner*<br>Ryan Tucker*<br>ALLIANCE DEFENDING FREEDOM<br>15100 N. 90th Street<br>Scottsdale, AZ 85260<br>jcampbell@ADFlegal.org<br>jscruggs@ADFlegal.org<br>jwarner@ADFlegal.org<br>rtucker@ADFlegal.org<br><br>Nicolle H. Martin*<br>7175 W. Jefferson Avenue<br>Suite 4000<br>Lakewood, CO 80235<br>nicollem@comcast.net<br><br>*Counsel of Record<br>*Attorneys for Defendants* | PHILIP J. WEISER<br>Attorney General<br><br>s/ Grant T. Sullivan<br>*Grant T. Sullivan**<br>Assistant Solicitor General<br>*Vincent Morscher**<br>Senior Assistant Attorney General<br>*Jacquelynn Rich Fredericks**<br>Senior Assistant Attorney General<br>*Michael D. McMaster**<br>Assistant Solicitor General<br>Public Officials Unit<br>State Services Section<br>1300 Broadway, 6th Floor<br>Denver, Colorado 80203<br>Telephone: (720) 508-6000<br>FAX: (720) 508-6041<br>E-Mail: grant.sullivan@coag.gov<br><br>*Counsel of Record<br>*Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2019, I served a true and complete copy of the foregoing **Joint Stipulated Notice of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)** via upon all counsel of record and parties who have appeared in this matter through ECF or as otherwise indicated below:

James A. Campbell
Jonathan A. Scruggs
Jacob P. Warner
Ryan Tucker
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
jcampbell@ADFlegal.org
jscruggs@ADFlegal.org
jwarner@ADFlegal.org
rtucker@ADFlegal.org

David A. Cortman
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Road NE
Suite D-1100
Lawrenceville, GA 30043
dcortman@ADFlegal.org

Nicolle H. Martin
7175 W. Jefferson Avenue
Suite 4000
Lakewood, CO 80235
nicollem@comcast.net

/s/ Leslie Bostwick
Leslie Bostwick

3