IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   18-cv-02074-WYD-STV

MASTERPIECE CAKESHOP INCORPORATED, a Colorado corporation; and
JACK PHILLIPS,

    Plaintiffs,

v.

AUBREY ELENIS, Director of the Colorado Civil Rights Division, in her official and individual capacities;
ANTHONY ARAGON, as member of the Colorado Civil Rights Commission, in his official capacity;
MIGUEL "MICHAEL" RENE ELIAS, as member of the Colorado Civil Rights Commission, in his official capacity;
CAROL FABRIZIO, as member of the Colorado Civil Rights Commission, in her official capacity;
CHARLES GARCIA, as member of the Colorado Civil Rights Commission, in his official capacity;
RITA LEWIS, as member of the Colorado Civil Rights Commission, in her official capacity;
JESSICA POCOCK, as member of the Colorado Civil Rights Commission, in her official capacity;
AJAY MENON, as member of the Colorado Civil Rights Commission, in his official capacity; and
PHILIP WEISER, Colorado Attorney General, in his official capacity,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the parties' Joint Stipulated Notice of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (ECF No. 142), filed on March 5, 2019.  After a careful review of the stipulation and the file, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is

ORDERED that all claims asserted by Plaintiffs against Defendants are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and expenses, including any attorneys' fees.  It is

FURTHER ORDERED that Plaintiffs' Amended Motion for Preliminary Injunction and Memorandum of Law in Support (ECF No. 104), Defendants' Motion for Partial Reconsideration of the Order Denying Motion to Dismiss [Doc. 94] Pursuant to Fed.R.Civ.P. 59(e) and 60(b)(1) (ECF No. 107), and Plaintiffs' Unopposed Motion to Restrict Public Access to the Reply in Support of Amended Motion for Preliminary Injunction and Accompanying Exhibits (ECF No. 132) are **DENIED AS MOOT**.  It is

FURTHER ORDERED that the preliminary injunction hearing set for March 14-15, 2019 and all other deadlines are **VACATED**.  It is

FURTHER ORDERED that the Clerk of the Court is directed to close this case.

Dated:  March 5, 2019.

BY THE COURT:

*s/ Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE